IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSTAFA-EL K.A. AJALA
formerly known as Dennis E. Jones-EL,

    Plaintiff,

v.

RICK RAEMISCH, DANIEL WESTFIELD, WILLIAM POLLARD, PETER ERICKSON, MICHAEL DELVEAUX, PATRICK BRANDT, WILLIAM SWIEKATOWSKI, PETER HUIBREGTSE, BRIAN KOOL, SARA MASON, CRAIG TOM, LEBBEUS BROWN, MATTHEW SCULLION, GARY BOUGHTON and JANET GOVIER,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-102-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing Rick Raemisch, Daniel Westfield, William Pollard, Peter Ericksen, Michael Delvaux, Patrick Brandt, William Siwekatowski, Peter Huibregtse, Brian Kool, Sara Mason, Lebbeus Brown, Gary Boughton, Janet Govier; and

    (2) granting Craig Tom and Matthew Scullion's motion for summary judgment for plaintiff's failure to exhaust his administrative remedies and dismissing this case without prejudice.

| /s/ | 3/10/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |