United States District Court
Western District of Wisconsin

Mustafa-el K.A. Ajala
[f.k.a. Dennis E. Jones-el],

    Plaintiff,

v.

    Case No. #13-cv-102-bbc WI

Craig Tom, et al.,

    Defendants.

## Notice of Appeal

Notice is hereby given that Mustafa-el K.A. Ajala, the plaintiff in the above-entitled matter, appeals to the U.S. Court of Appeals for the 7th Circuit from the final judgment entered in this action on 3-10-14, all orders issued prior thereto, and this Court's orders entered thereafter, including the Court's order entered on 7-11-14 denying Ajala's motion to Alter or Amend judgment.

Date: 8-10-14

Signed: _____

c.c.

Mustafa-el K.A. Ajala, #223971
[f.k.a. Dennis E. Jones-el]
P.O. Box 9900-WSPF
Boscobel, WI 53805-9900

DOC NO
REC'D/FILED
2014 AUG 12 AM 10: 25
PETER OPPENEER
CLERK US DIST COURT
WD OF WI