IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA,
formerly known as Dennis E. Jones-El,

             Plaintiff,

    v.

CRAIG TOM and MATTHEW SCULLION,

             Defendants.

ORDER

13-cv-102-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Judgment was entered in this action on March 10, 2014, granting defendants' motion for summary judgment and closing the case. Subsequently, plaintiff filed a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59, which was denied on July 11, 2014. Now plaintiff has filed a notice of appeal. Because the notice is not accompanied by the $505 fee for filing this appeal, I construe plaintiff's notice to include a request for leave to proceed on appeal in forma pauperis.

Plaintiff's request for leave to proceed in forma pauperis on appeal is governed by the 1996 Prison Litigation Reform Act. This means that this court must determine first whether plaintiff's request must be denied either because he has three strikes against him under 28 U.S.C. § 1915(g) or because the appeal is not taken in good faith. Plaintiff does not have three strikes against him and I do not intend to certify that his appeal is not taken in good

1

faith.

The only other hurdle to proceeding on the appeal in forma pauperis is the requirement that plaintiff make an initial partial payment of the filing fee that has been calculated from a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his notice of appeal. 28 U.S.C. § 1915(a)(2). Plaintiff has not submitted the necessary trust fund account statement. Until he does so, I cannot determine whether he is indigent and, if he is, the amount of his initial partial payment.

Accordingly, IT IS ORDERED that plaintiff may have until September 10, 2014, in which to submit a certified copy of his trust fund account statement for the six-month period from approximately February 10, 2014 to approximately August 10, 2014. If, by September 10, 2014, plaintiff fails to submit the required trust account statement or show cause for his failure to do so, then I will deny his request for leave to proceed in forma pauperis on the ground that he has failed to show that he is entitled to indigent status on appeal.

Entered this 20th day of August, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge