IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSTAFA-EL K.A. AJALA,
formerly known as Dennis E. Jones-El,

    Plaintiff,

v.

RICK RAEMISCH, DANIEL WESTFIELD,
WILLIAM POLLARD, PETER ERICKSEN,
MICHAEL DELVEAUX, PATRICK BRANT,
WILLIAM SWIEKATOWSKI, PETER
HUIBREGTSE, BRIAN KOOL, SARA MASON,
CRAIG TOM, LEBBEUS BROWN,
MATTHEW SCULLION, GARY BOUGHTON
and JANET GOVIER,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-102-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

(1) dismissing Daniel Westfield, William Pollard, Peter Ericksen, Michael Delvaux, Patrick Brandt, William Swiekatowski, Peter Huibregtse, Brian Kool, Sara Mason, Lebbeus Brown, Gary Boughton, Janet Govier and Rick Raemisch; and

(2) granting summary judgment in favor of Craig Tom and Matthew Scullion and dismissing this case.

/s/                                                  8/21/2015

Peter Oppeneer, Clerk of Court                       Date