UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Mustafa-El K.A. Ajala
[fka Dennis E. Jones-El],
        Plaintiff-Appellant,

V.

Craig Tom, et al.,
        Defendants-Appellees.

Case No. #13-cv-102

## NOTICE OF APPEAL

NOTICE is hereby given that Mustafa-El K.A. Ajala, proceeding pro se, the Plaintiff-Appellant in the above case, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgment entered in this action on **8-21-2015**, granting the defendants summary judgment and dismissing this action in its entirety.

Date: 9-20-2015

Signed: _____
Mustafa-El K.A. Ajala, 223971
[fka Dennis E. Jones-El]
P.O. Box 9900 -- WSPF
Boscobel, WI. 53805-9900